AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| TELEVISAUNIVISION, INC. and TELEVISA, S. de R.L. de C.V., <br><br>*Plaintiff(s)* <br> v. <br> LUIS FERMÍN GIL ALPHAND, EDGAR CRISTIAN OLVERA SALAZAR, INNDOMANAGEMENT S.A.P.I. de C.V., ENZU LLC, JUAN ANTONIO LÓPEZ GARCÍA, JOSE LUIS GUADARRAMA TORRES, ALBERTO GARCÍA LEAL, DASH NETWORKS INC., DIGITALOCEAN, LLC, HOSTGATOR.COM LLC, and JOHN DOES 1-20 <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br> Civil Action No. 26-cv-23911-KMW |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   DASH NETWORKS INC.
109 E. 17th Street
Ste 5732
Cheyenne, WY 82001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Aaron Weiss, Esq.
Carlton Fields, P.A.
700 NW 1st Avenue, Suite 1200
Miami, Florida 33136-4118
Telephone: (305) 530-0050

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:   Jun 4, 2026



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ J. Adams*

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| TELEVISAUNIVISION, INC. and TELEVISA, S. de R.L. de C.V., <br><br> *Plaintiff(s)* <br><br> v. <br><br> LUIS FERMÍN GIL ALPHAND, EDGAR CRISTIAN OLVERA SALAZAR, INNDOMANAGEMENT S.A.P.I. de C.V., ENZU LLC, JUAN ANTONIO LÓPEZ GARCÍA, JOSE LUIS GUADARRAMA TORRES, ALBERTO GARCÍA LEAL, DASH NETWORKS INC., DIGITALOCEAN, LLC, HOSTGATOR.COM LLC, and JOHN DOES 1-20 <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 26-cv-23911-KMW |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
DIGITALOCEAN, LLC
c/o Corporation Services Company
251 Little Falls Drive
Wilmington, Delaware 19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Aaron Weiss, Esq.
Carlton Fields, P.A.
700 NW 1st Avenue, Suite 1200
Miami, Florida 33136-4118
Telephone: (305) 530-0050

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: Jun 4, 2026

*s/ J. Adams*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| TELEVISAUNIVISION, INC. and TELEVISA, S. de R.L. de C.V., <br><br>_____<br>*Plaintiff(s)*<br>v.<br>LUIS FERMÍN GIL ALPHAND, EDGAR CRISTIAN OLVERA SALAZAR, INNDOMANAGEMENT S.A.P.I. de C.V., ENZU LLC, JUAN ANTONIO LÓPEZ GARCÍA, JOSE LUIS GUADARRAMA TORRES, ALBERTO GARCÍA LEAL, DASH NETWORKS INC., DIGITALOCEAN, LLC, HOSTGATOR.COM LLC, and JOHN DOES 1-20<br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     Civil Action No. 26-cv-23911-KMW |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  ENZU LLC
1621 Central Avenue
#5883
Cheyenne, Wyoming 82001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Aaron Weiss, Esq.
Carlton Fields, P.A.
700 NW 1st Avenue, Suite 1200
Miami, Florida 33136-4118
Telephone: (305) 530-0050

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:  Jun 4, 2026
_____

*s/ J. Adams*
_____
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| TELEVISAUNIVISION, INC. and TELEVISA, S. de R.L. de C.V., <br><br> *Plaintiff(s)* <br> v. <br> LUIS FERMÍN GIL ALPHAND, EDGAR CRISTIAN OLVERA SALAZAR, INNDOMANAGEMENT S.A.P.I. de C.V., ENZU LLC, JUAN ANTONIO LÓPEZ GARCÍA, JOSE LUIS GUADARRAMA TORRES, ALBERTO GARCÍA LEAL, DASH NETWORKS INC., DIGITALOCEAN, LLC, HOSTGATOR.COM LLC, and JOHN DOES 1-20 <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 26-cv-23911-KMW |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   HOSTGATOR.COM LLC
5335 Gate Parkway
Jacksonville, Florida 32256

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Aaron Weiss, Esq.
Carlton Fields, P.A.
700 NW 1st Avenue, Suite 1200
Miami, Florida 33136-4118
Telephone: (305) 530-0050

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:   Jun 4, 2026

*s/ J. Adams*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Southern District of Florida

| | |
|---|---|
| TELEVISAUNIVISION, INC. and TELEVISA, S. de R.L. de C.V., <br><br><br> *Plaintiff(s)* <br> v. <br> LUIS FERMÍN GIL ALPHAND, EDGAR CRISTIAN OLVERA SALAZAR, INNDOMANAGEMENT S.A.P.I. de C.V., ENZU LLC, JUAN ANTONIO LÓPEZ GARCÍA, JOSE LUIS GUADARRAMA TORRES, ALBERTO GARCÍA LEAL, DASH NETWORKS INC., DIGITALOCEAN, LLC, HOSTGATOR.COM LLC, and JOHN DOES 1-20 <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 26-cv-23911-KMW |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   INNDOMANAGEMENT S.A.P.I. de C.V.
Cda Aldama 41,
41 Villas del Carmen,
Puebla, Puebla, C.P.
72470, Mexico (MX)


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Aaron Weiss, Esq.
Carlton Fields, P.A.
700 NW 1st Avenue, Suite 1200
Miami, Florida 33136-4118
Telephone: (305) 530-0050


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

*s/ J. Adams*

Deputy Clerk
U.S. District Courts

Date:   Jun 4, 2026

Angela E. Noble
Clerk of Court