**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 26-CV-23911-WILLIAMS**

TELEVISAUNIVISION, INC. and TELEVISA,
S. de R.L. de C.V.,

      Plaintiffs,

v.

LUIS FERMÍN GIL ALPHAND, *et al.*,

      Defendants.

_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Enjoliqué Lett's Report and Recommendations (DE 40) on Plaintiffs TelevisaUnivision, Inc. and Televisa, S. de R.L. de C.V. (collectively, "***Plaintiffs***" or "***TU***") Emergency Ex Parte Motion for a Temporary Restraining Order and Preliminary Injunction (DE 6) ("***Motion***") against Defendants Luis Fermin Gil Alphand, Edgar Cristian Olvera Salazar, Inndomanagement S.A.P.I de C.V., Juan Antonio Lopez Garcia, Jose Luis Guadarrama Torres, Alberto Garcia Leal, and John Does 1-20 (collectively, "***Defendants***")[1] filed on June 4, 2026. Plaintiffs have requested that the Court convert its June 5, 2026 Order Granting Temporary Restraining Order (DE 11) into a preliminary injunction against Defendants.

In her report, Judge Lett recommends that the Court grant Plaintiffs' Motion. (DE 40 at 10). Specifically, Judge Lett finds that "each of the four [preliminary injunction] factors weighs heavily in Plaintiffs' favor and warrants the issuance of a preliminary

---

[1] Four parties originally named as defendants have been voluntarily dismissed from this action—Defendants Enzu LLC, Dash Networks Inc., Digital Ocean, LLC, and HostGator LLC. (DE 20; DE 26; DE 27, and DE 30).

injunction against Defendants." (DE 40 at 4).  No objections were filed to the Report, and the time to do so has passed.

Upon a careful review of the Report, the Motion, the record, and applicable law, it is **ORDERED AND ADJUDGED** as follows:

1.　　Judge Lett's Report (DE 40) is **AFFIRMED AND ADOPTED**.

2.　　Plaintiffs' Motion (DE 6), as it pertains to the requested Preliminary Injunction, is **GRANTED**.

3.　　For purposes of the **PRELIMINARY INJUNCTION** set forth below, "Infringing IPTV Services" means the "Infringing IPTV Services" and "Associated Infringing IPTV Services" identified in **Schedule A**[2] attached hereto (including all IP addresses, domains, applications, and server infrastructure listed therein), and any comparable system — meaning any device, application, data transmission service, or platform, whether currently in existence or developed in the future, through which Defendants or those acting in concert or participation with them provide users with unauthorized access to Plaintiffs' copyrighted programming or 2026 FIFA World Cup content, including by means of any Internet-based transmission, peer-to-peer or

---

[2] The attached Schedule A was filed with the Court on July 10, 2026 at DE 42-1 & 42-2. Judge Lett's Report, like the TRO, provided that "Plaintiffs may supplement **Schedule A** by filing a verified declaration identifying additional infringing services, IP addresses, domains, applications, or platforms, which supplementation shall take effect immediately upon filing and service." DE 40 at 10-11.  Accordingly, on July 10, 2026, Plaintiffs submitted a declaration indicating that "Since the prior supplementation of Schedule A and the issuance of the R&R, Plaintiffs have identified additional IP Addresses Requiring Immediate Disablement, domains and Third Party Service Providers in Active Concert and Participation with Defendants pursuant to Rule 65(d)(2)" and filed therewith an "[u]pdated Schedule A, which further supplements the Schedule A in effect under the TRO."  DE 42-1 at 2.  The Court now enters that "updated Schedule A" as Schedule A to this Order.

BitTorrent protocol, content delivery technology, or sideloading mechanism, regardless of the branding, domain name, or technical configuration used. Plaintiffs' investigation into the unauthorized activities is continuing and Plaintiffs are in communication with certain third-party service providers who are not listed in Schedule A. Plaintiffs may supplement **Schedule A** by filing a verified declaration identifying additional infringing services, IP addresses, domains, applications, or platforms, which supplementation shall take effect immediately upon filing and service;

4. A PRELIMINARY INJUNCTION is **ENTERED** and Defendants LUIS FERMÍN GIL ALPHAND, EDGAR CRISTIAN OLVERA SALAZAR, INNDOMANAGEMENT S.A.P.I. de C.V., JUAN ANTONIO LÓPEZ GARCÍA, JOSE LUIS GUADARRAMA TORRES, ALBERTO GARCÍA LEAL, and JOHN DOES 1-20 ("Defendants") and their officers, agents, servants, employees, attorneys, and all persons in active concert or participation with them are ENJOINED and RESTRAINED as follows:

5. From reproducing, distributing, publicly performing, or publicly displaying any of Plaintiffs' copyrighted works or other works for which Plaintiffs own a license, including without limitation all broadcasts, programs, and content relating to the 2026 FIFA World Cup and any subsequent FIFA events, and any copyrighted works or broadcasts that Plaintiffs may in the future produce, license, or acquire rights to transmit;

6. From using any of Plaintiffs' trademarks or any confusingly similar marks in connection with any goods or services;

7. From operating, hosting, providing encoding or transcoding services for, providing content delivery network or reverse proxy services to, providing middleware or subscriber management platforms for, providing electronic storage, data center or

colocation, primary or backup storage, or back-end services for, providing peer-to-peer or BitTorrent distribution infrastructure for, or otherwise providing technical services in support of the Infringing IPTV Services or any comparable system that infringes Plaintiffs' intellectual property, including by means of any Internet-based transmission, peer-to-peer protocol, content delivery, sideloading, or file sharing technology;

8.      From interfering in any way with Plaintiffs' exclusive rights to broadcast the 2026 World Cup, including without limitation by capturing TU's licensed broadcast signal from Mexico and Latin America and retransmitting it or by advertising, promoting, facilitating, reselling, distributing through any reseller or distributor panel, distributing via sideloading applications or numerical short codes, or providing any support whatsoever for such activities;

9.      From engaging in any other activity constituting infringement of Plaintiffs' copyrights or trademarks;

10.     From processing, facilitating, or receiving any payment, subscription fee, reseller credit, or other monetary transaction in connection with the Infringing IPTV Services, and from maintaining or using any bank account, digital wallet, payment processing service, cryptocurrency wallet, or money transmitter for such purposes;

11.     From placing, serving, brokering, or facilitating any advertisement on or in connection with the Infringing IPTV Services or any website, application, or social media account promoting them;

12.     Defendants shall disable and take down all Infringing IPTV Services and surrender or destroy all infringing materials in their possession, custody, or control;

13.     Defendants and all persons and entities with notice of this Order shall preserve all records, data, subscriber lists, financial records, server logs, application source code, and communications relating to the Infringing IPTV Services. Any destruction, alteration, or concealment of such records shall constitute contempt of this Order;

14.     Further, upon Plaintiffs' request, those in active concert and participation with Defendants and those with notice of the injunction, including without limitation Internet Service Providers (ISPs); web hosts; Internet infrastructure support entities; content delivery network providers; reverse proxy services; cloud service providers, infrastructure-as-a-service providers; bare-metal and dedicated server providers; encoding, transcoding, and signal-capture service providers; middleware and IPTV panel management platforms (including but not limited to Stalker/Ministra Pro and comparable systems); sideloading facilitation applications and their distribution platforms; advertising networks and programmatic ad exchanges; website owners and operators; social media owners and operators; telecommunications app owners or operators; app stores; payment processing and other financial services companies; Internet search engines, domain-name registrars, and domain name registries and/or their administrators that are provided with notice of the injunction, shall immediately:

    (a)    disable access to and otherwise cease providing support of any kind to any or all Internet-based or other platforms, websites, apps, domains, marketplaces, or other platform of any kind used to copy, distribute, perform, advertise, or promote content that infringes Plaintiffs' copyrights or trademarks or interferes in any way with Plaintiffs' exclusive rights to broadcast the 2026 World Cup, including without limitation all IP addresses, fallback nodes, failover servers, and mirror domains identified in **Schedule A** hereto, all of which shall be disabled simultaneously; and all future service providers shall disable all IP addresses used to transmit any of the infringing content

on the Infringing IPTV Services, which IP addresses may be reassigned to other customers after they have been disabled and are no longer being used in connection with any of the enjoined activities; (b) remove/unmask any privacy shield or other mechanisms that shield the identity of the owner or operator of any Internet-based or other platforms, websites, apps, domains, marketplaces, or other platform of any kind used to copy, distribute, perform, advertise, or promote content that infringes Plaintiffs' copyrights or trademarks or interferes in any way with Plaintiffs' exclusive rights to broadcast the 2026 World Cup, and disclose to Plaintiffs the true identities and contact information of those registrants/website owners and operators; and (c) otherwise cooperate with Plaintiffs to prevent the further unauthorized display and distribution of Plaintiffs' copyrighted content and the unauthorized interception, display, and distribution of TU's licensed broadcast signal of the 2026 World Cup;

15.    In addition, Cloudflare, Inc. shall fully comply with **Schedule A.1** to this Order in accordance with the instructions and timelines set forth therein.

16.    All financial institutions, payment processors, banks, escrow services, money transmitters, and cryptocurrency exchanges with notice of this Order shall: (i) restrain and hold all funds in accounts associated with Defendants or the Infringing IPTV Services; (ii) provide Plaintiffs' counsel with an accounting of all funds restrained and identification of all financial accounts and sub-accounts to which such funds relate; (iii) provide all account transactions related to funds transmitted into the restrained accounts; (iv) provide the true identities, complete contact information, and all known aliases and associated email addresses of all account holders; and (v) cease processing any further transactions in connection with the Infringing IPTV Services;

17.    All application distribution platforms and sideloading facilitation services, including but not limited to Roku Channel Store and the AFTVnews Downloader application, upon receiving notice of this Order, shall immediately remove and prevent the re-listing of all applications associated with the Infringing IPTV Services, and any

application accessible via numerical short codes 793895, 4605585, 5317131, or any successor codes, and shall disable access to such applications on all devices where they have been installed;

18.     Defendants and those with notice of this Order shall not transfer ownership of or register any new domain names used in connection with the Infringing IPTV Services and, at Plaintiffs' election, any domain name registrars or registries or others with access or control of said domain names are hereby ordered to delete, cancel, disable, and/or transfer to Plaintiffs any such domain names so that they may no longer be used for unlawful purposes.

19.     Defendants and those with notice of this Order shall not host or otherwise support any website or app used in connection with the Infringing IPTV Services and, at Plaintiffs' election, any Internet Service Providers or others with access, support, or control of said websites are hereby ordered to disable access to such websites so that they may no longer be used for unlawful purposes.

20.     The following hosting and infrastructure providers are hereby ordered to immediately disable the IP addresses identified in **Schedule A** as associated with the Infringing IPTV Services: Cloudflare, Inc.; 24 Shells / Host World Net LLC; OVH US LLC; and any other provider identified in **Schedule A**. Said IP addresses may be reassigned to other customers after they have been disabled and confirmed to no longer be used in connection with the Infringing IPTV Services.

21.     Plaintiffs are granted leave to conduct limited expedited discovery, including serving § 512(h) subpoenas and Rule 45 subpoenas to hosting, CDN, payment, domain, and other infrastructure providers.  Upon filing a verified declaration identifying newly-

discovered infringing activity or infrastructure, Plaintiffs may serve such discovery without further leave of Court. Respondents shall respond within five (5) business days of service.

22. This Court shall retain jurisdiction for a period of not less than two (2) years following entry of this Order for the purpose of enforcement, including without limitation: (i) supplementation of **Schedule A** to add newly-identified infringing services, domains, IP addresses, and infrastructure providers; (ii) issuance of additional subpoenas to hosting, CDN, payment, and domain providers upon a verified declaration by Plaintiffs; and (iii) determinations of damages and attorneys' fees recoverable in connection with enforcement proceedings.

23. Plaintiffs have submitted a bond in the amount of $10,000, which the Court maintains and finds sufficient.

24. This Order shall remain in effect during the pendency of this action, or until such further date as set by the Court or stipulated by the Parties.

**DONE AND ORDERED** at Chambers, in Miami, Florida on this 24th day of July, 2026.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

## SCHEDULE A TO PRELIMINARY INJUNCTION ORDER

CASE NO. 26-cv-23911

*TELEVISAUNIVISION, INC. and TELEVISA, S. de R.L. de C.V. v. LUIS FERMÍN GIL ALPHAND, et al.*

The term "Defendants" as used in the Preliminary Injunction Order refers to the Individual Operator Defendants and Corporate Entity Operator Defendants, as well as Defendant "John Does" as set forth below:

### I. Named Defendants — Individual Operators

| # | Party | Role |
|---|-------|------|
| 1 | Luis Fermín Gil Alphand | Owner/operator of Thunder TV |
| 2 | Edgar Cristian Olvera Salazar | Co-operator of Thunder TV; founding shareholder of INNDOMANAGEMENT |
| 3 | Juan Antonio López García | Developer/operator of Sunset TV and Flix TV |
| 4 | Jose Luis Guadarrama Torres | Financial beneficiary of Sunset TV |
| 5 | Alberto García Leal | Owner/operator of Tele Latino and Oleada TV |

### II. Named Defendants — Corporate Entity Operators

| # | Party | Role |
|---|-------|------|
| 6 | INNDOMANAGEMENT S.A.P.I. de C.V. | Corporate vehicle for Thunder TV operations (Gil Alphand & Olvera Salazar) |

### III. Named Defendants — John Does

| # | Party | Role |
|---|-------|------|
| 7 | John Does 1–20 | Unknown operators of Pop TV and Kaelus TV; to be identified through expedited discovery |

### IV. Infringing IPTV Services

| # | Service | Also Known As | Operators | Domains |
|---|---------|---------------|-----------|---------|
| 8 | Thunder TV | Thunder IPTV | Gil Alphand, Olvera Salazar, INNDOMANAGEMENT | thundertv.shop, thundertvdealer.com, mxthundertv.com, thundertv.mx, reliable.rayote.com, rayote.com, thundertv-us.com, thundertv-iptv.com, thundertv.com.br, thundertv.com.mx, thundertv.info, thundertv.io, thundertv.pro, thundertv1.com, thundertvapp.com, thundertvbox.com, |

Sch. A - 1

| | | | | thundertvchannel.com, thundertvdistribuidores.com, thundertvhosting.com, thundertvhosting.xyz, thundertviptv.com, thundertvlive.com, thundertvmex.com, thundertvmexico.mx, thundertvmx.com, thundertvmxoficial.com, thundertvo.com, thundertvofficial.tv, thundertvoficial.com, thundertvoficial.com.mx, thundertvoficial.net, thundertvoficialstream.com, thundertvpanel.net, thundertvpanel.com, thundertvpaneldealer.com, thundertvsite.com, thundertvpro.cc, thundertvstream.com, watchthundertv.com, thundertvweb.com, thundertv.nl, thundertvhd.com, thundertv.net, thundertv.us, thundertvchannels.com, thundertvcomputer.com, thundertvfr.com, thundertvgo.com, thundertv.org, thundertvmex.mx, thundertvmexico.com, thundertvmxtv.com, thundertvnow.com, thundertvofficial.com, thundertvofficial.io, thundertvpro.com, thundertvpty.com, thundertvreviews.com, thundertvsd.com, thundertvstreaming.com, thundertvusa.com, verthundertv.com, thunder-tv.co, thunder-tv.cc, thunder-tv.biz, thunder-tv.com, thunder-tv.me, panelthunder-tv.com, freethundertv.com, bestcoastingthundertv.com, fridaynightthundertv.com, activatethundertv.xyz, appthundertv.com, conexionesthundertv.com, getthundertv.com, |

Sch. A - 2

| | | | | |
|---|---|---|---|---|
| | | | | getcoastingthundertv.com, gothundertv.com, panelthundertv.com, procoastingthundertv.com, planesthundertv.com, springthundertv.net, thethundertv.com, johndoethundertv.com, wwwconexionesthundertv.com; thunderiptv.app, thunder-iptv.com (118+ total) |
| 9 | Sunset TV | — | López García, Guadarrama Torres | sunset-tv.com, sunset-tv.site, sunset-tv.info, sunsettv.mx, sunsettv.tv, sunsettvactivaciones.com, sunsettvmex.com, sunsettv.mx.com, sunsettv.com, sunsettv.com.mx, sunsettv.net, sunsettv.org, sunsettvchannel.com, sunset-tv.vercel.app, tecnomolly.com, skysoccerplustv.com |
| 10 | Pop TV | — | John Does (unidentified) | boral.app, pop-live.app, access.pop-app.live, pop-app.live, poptvmx.com, cracklepoptv.com, ecopoptv.com, moviepoptv.com, poptvbox.com, poptvone.com |
| 11 | Kaelus TV | Kaelus TV Plus, KTV Plus, NIBI TV | John Does (unidentified) | kaelustv.plus, ktv.mx, kaelustv.app, kaelustv.net, kaelustv.org, kaelustv.tv, kaelustvmx.com, kaelustv.xyz, kaelustvpanel.com, kaelustvplus.net, kaelustvplus.tv, kaelustvplus.info, kaelustvpluspanel.com, kaelustvsoporte.com, kaelustvstreaming.com, kaelustv.com, kaelustv.com.mx, kaelustv.mx, kaelustvplus.com, kaelustvplus.com.mx, kaelustvplus.mx, kaelustvplusmexico.com, kaelustvplusvilla.com, kaelustvsplus.com, kaelus.xyz, kaelusplus.com, serviceskp.org, homelife.blogsite.org, oneplustv2.com, kaelusplustv.com, www.tvplus.mx/kaelustv/ |

| 12 | Tele Latino | Tele Latino MAX | García Leal | telelatinotv.com.mx, telelatinopro.com, telelatino.net, telelatino.xyz; telelatinoapk.com.mx, teleelatinoapk.com, [and 150+ total domains as listed] |
|---|---|---|---|---|

## V. IP Addresses Requiring Immediate Disablement

| # | IP Address | Service | Host |
|---|---|---|---|
| 13 | 172.67.148.36 | Thunder TV | Cloudflare, Inc. |
| 14 | 23.227.150.170 | Sunset TV | 24 Shells / Host World Net LLC |
| 15 | 51.81.186.184 | Kaelus TV | OVH US LLC |
| 16 | 51.81.203.45 | Kaelus TV | OVH US LLC |
| 17 | 108.181.56.223 | Kaelus TV | OVH US LLC |
| 18 | 167.114.129.207 | Kaelus TV | OVH US LLC |
| 19 | 51.222.139.76 | Kaelus TV | OVH US LLC |

## VI. Third-Party Service Providers — In "Active Concert" Binding (FRCP 65(d)(2))

| # | Party | Role | IP Address(es) |
|---|---|---|---|
| 20 | Cloudflare, Inc. | CDN / reverse proxy for Thunder TV, Tele Latino, and Kaelus TV (non-party; bind under Rule 65(d)(2)); Plaintiffs seek disclosure of the complete Cloudflare customer account (Tenant) registration data, true origin IP addresses, access logs, billing records, and payment methods for the following domains administered under a single Tenant account: kaelus.xyz, kaelustv.com, kaelusplus.com, serviceskp.org, and oneplustv2.com | |
| 21 | Hostinger International Limited / UAB INIT | Web host for multiple Thunder TV and Kaelus TV domains | 2.57.91.11; 88.222.222.110 2.57.91.100; 88.222.222.123 88.223.82.124 2.57.91.19; 88.222.222.206 |

| 22 | NameCheap, Inc. | Domain registrar (pop-live.app, pop-app.live, rayote.com DNS, Tele Latino & Thunder TV domains) | |
| 23 | GoDaddy.com, LLC | Domain registrar (boral.app, multiple Thunder TV domains) | |
| 24 | IONOS SE | Domain registrar (rayote.com, thundertv.com.mx) | |
| 25 | PDR Ltd. d/b/a PublicDomainRegistry.com | Domain registrar | |
| 26 | NameSilo, LLC | Domain registrar / DNS | |
| 27 | Tucows.com Co. | Domain registrar (thundertvmexico.mx) | |
| 28 | Spaceship, Inc. | Domain registrar | |
| 29 | Porkbun LLC | Domain registrar | |
| 30 | DYNADOT LLC | Domain registrar | |
| 31 | Hosting Concepts B.V. d/b/a Registrar.eu | Domain registrar | |
| 32 | Wix.Com Ltd. | Domain registrar / web hosting for thundertvmexico.mx thundertvoficialstream.com sunsettvactivaciones.com thundertv.online thundertvmxtv.com thundertvofficial.com thundertvusa.com kaelustv.com.mx kaelustvplus.mx kaelustvsplus.com | 185.230.63.171; 185.230.63.186; 185.230.63.107 |
| 33 | Neubox Internet S.A. de C.V. | DNS provider (thundertvmexico.mx), Web host / hosting provider (StudioMax) | 72.249.60.227 (StudioMax) |
| 34 | Stalker/Ministra Pro | IPTV panel / middleware platform | |
| 35 | AFTVNews Downloader | Sideloading facilitation app (codes: 480310, 18479, | |

|  |  |  |  |
|---|---|---|---|
|  |  | 793895, 9361960, 5317131) |  |
| 36 | Roku, Inc. | App store / streaming device platform |  |
| 37 | PayPal | Payment processor |  |
| 38 | Stripe | Payment processor |  |
| 39 | Mercado Pago | Payment processor (INNDOMANAGEMENT account) |  |
| 40 | BBVA Bancomer | Financial institution (Gil Alphand CLABE 012180015605213962; García Leal CLABE 012313015864564724) |  |
| 41 | Spin by OXXO | Payment channel (Guadarrama Torres — Sunset TV) |  |
| 42 | 24 Shells | Primary IP network operator / hosting provider for Sunset TV live streaming server |  |
| 43 | Host World Net LLC | Upstream ISP for Sunset TV live streaming infrastructure |  |
| 44 | OVH US LLC | Hosts Kaelus TV command-and-control, authentication, and streaming servers (VPS infrastructure in Hillsboro, OR; Reston, VA; Newark, NJ; and Montreal, Canada);  Web host / hosting provider (StudioMax) | 51.222.244.225 (StudioMax) |
| 45 | Wowrack.com | Hosts Kaelus TV backup/diversification server infrastructure (Seattle, WA) |  |
| 46 | WebNIC | Domain registrar (thundertvapp.com, thundertvpanel.net, thundertvpanel.com, kaelustv.net, |  |

Sch. A - 6

|  |  | kaelustvpanel.com, kaelustvplus.net, kaelustvpluspanel.com, kaelustvplus.com); registrant identified as "Porfirio Diaz," 187 Nova Air Dr, El Paso, TX 79912, email: elitetvplus1@gmail.com |  |
|---|---|---|---|
| 47 | Atak Domain | Domain registrar |  |
| 48 | DropCatch.com 1019 LLC | Domain registrar |  |
| 50 | Go Get Canada Domain Registrar Ltd. | Domain registrar |  |
| 51 | InterNetX GmbH | Domain registrar |  |
| 52 | Key-Systems GmbH | Domain registrar |  |
| 53 | Launchpad.com Inc. | Domain registrar |  |
| 54 | Metaregistrar BV | Domain registrar |  |
| 55 | Name.com, Inc. | Domain registrar |  |
| 56 | NetEarth One, Inc. | Domain registrar |  |
| 57 | TLD Registrar Solutions Ltd | Domain registrar |  |
| 58 | eNom, Inc. | Domain registrar |  |
| 59 | Arsys Internet, S.L. dba NICLINE.COM | Domain registrar (Roja Directa) |  |
| 60 | DevExpanse Ltd d/b/a Regery.com | Domain registrar (Tarjeta Roja; PirloTV; Roja Directa) |  |
| 61 | DonDominio (SCIP) | Domain registrar (Tarjeta Roja) |  |
| 62 | EPAG Domainservices GmbH | Domain registrar (PirloTV; Roja Directa) |  |
| 63 | EuroDNS SA | Domain registrar (Roja Directa) |  |
| 64 | Gransy, s.r.o. d/b/a subreg.cz | Domain registrar (Roja Directa) |  |
| 65 | Immaterialism Ltd | Domain registrar (PirloTV) |  |
| 66 | iNET Software Company Limited | Domain registrar (XuperTV) |  |
| 67 | INET CORPORATION | Domain registrar (XuperTV) |  |

| 68 | Internet Domain Service BS Corp. | Domain registrar (Roja Directa) | |
| 69 | Loopia AB | Domain registrar (PirloTV) | |
| 70 | Mat Bao Corporation | Domain registrar (Roja Directa) | |
| 71 | Moniker Online Services LLC | Domain registrar (XuperTV) | |
| 72 | NIC.PE | Domain registrar (Tarjeta Roja; Roja Directa) | |
| 73 | NICENIC INTERNATIONAL GROUP CO., LIMITED | Domain registrar (Tarjeta Roja; Roja Directa) | |
| 74 | Realtime Register B.V. | Domain registrar (XuperTV; PirloTV; Roja Directa) | |
| 75 | REGTIME-SU | Domain registrar (Tarjeta Roja; PirloTV; Roja Directa) | |
| 76 | RegistryGate GmbH | Domain registrar (Tarjeta Roja) | |
| 77 | RUCENTER-SU | Domain registrar (PirloTV) | |
| 78 | Sav.com, LLC | Domain registrar (XuperTV) | |
| 79 | Soluciones Corporativas IP, S.L.U. | Domain registrar (PirloTV; Roja Directa) | |
| 80 | Squarespace Domains LLC | Domain registrar (Roja Directa) | |
| 81 | Ultahost, Inc. | Domain registrar (Roja Directa) | |
| 82 | Unstoppable Domains Inc. | Domain registrar (XuperTV) | |
| 83 | GoDaddy Online Services Cayman Islands Ltd. | Domain registrar (Roja Directa) | |
| 84 | ALEXHOST SRL | Web host / hosting provider (XuperTV; Tarjeta Roja; PirloTV) | 176.123.0.83; 176.123.0.55 |
| 85 | Akamai Technologies, Inc. | Web host / hosting provider (Tarjeta Roja) | 139.162.181.76; 139.162.174.209; 172.104.203.186; 172.104.251.198; 172.104.149.86; |

| | | | 2a01:7e01::2000:dff:fec1:5cdb; 2a01:7e01::f03c:95ff:feeb:9d4b; 2a01:7e01::f03c:95ff:feed:783e; 2a01:7e01::f03c:95ff:fe00:2692; 2a01:7e01::f03c:95ff:fe91:5d91 |
|---|---|---|---|
| 86 | Aria Shatel PJSC | Web host / hosting provider (Roja Directa) | 151.247.193.233 |
| 87 | Asia Pacific Network Information Center, Pty. Ltd. | Web host / hosting provider (XuperTV and Tele-Latino) | 103.57.223.36 |
| 88 | Contabo GmbH | Web host / hosting provider (XuperTV) | 167.86.102.95 |
| 89 | DEFT.COM | Web host / hosting provider for telelatinoficial.shop. telelatinovip.org. and XuperTV | 216.246.47.124; 75.102.57.215 |
| 90 | Enix Ltd | Web host / hosting provider (Tarjeta Roja) | 185.73.8.2 |
| 91 | FIBER TELECOM s.r.o. | Web host / hosting provider (Roja Directa) | 91.224.59.129; 91.224.59.15; 91.224.59.225 |
| 92 | FiberXpress BV | Web host / hosting provider (XuperTV; PirloTV) | 94.102.49.18; 94.102.49.99 |
| 93 | GitHub, Inc. | Web host / hosting provider (XuperTV) | 185.199.109.153; 185.199.110.153; 185.199.111.153; 185.199.108.153 |
| 94 | HostUS Solutions LLC | Web host / hosting provider (PirloTV; Roja Directa) | 45.81.21.31 |
| 95 | Institutul National de Cercetare-Dezvoltare in informatica - ICI Bucuresti | Web host / hosting provider (Tarjeta Roja; PirloTV; Roja Directa) | 217.156.8.54 |
| 96 | Linode, LLC | Web host / hosting provider (Roja Directa) | 139.162.181.76; 172.104.149.86; 172.104.251.198; 172.104.203.186; 139.162.174.209; 2a01:7e01::2000:dff:fec1:5cdb; 2a01:7e01::f03c:95ff:feed:783e; 2a01:7e01::f03c:95ff:feeb:9d4b; |

| | | | |
|---|---|---|---|
| | | | 2a01:7e01::f03c:95ff:fe91:5d91; 2a01:7e01::f03c:95ff:fe00:2692 |
| 97 | PP SKS-LUGAN | Web host / hosting provider (Tarjeta Roja; Roja Directa) | 213.111.152.69 |
| 98 | SpectraIP B.V. | Web host / hosting provider (XuperTV) | 5.182.209.35 |
| 99 | Sysoev Aleksey Anatolevich | Web host / hosting provider (PirloTV) | 195.20.18.67 |
| 100 | TECHOFF SRV LIMITED | Web host / hosting provider (Tarjeta Roja; PirloTV; Roja Directa) | 93.123.109.171; 93.123.109.176 |
| 101 | Team Internet AG | Web host / hosting provider for telelatinoap.info telelatinoapkapp.com telelatinoz.com thetelelatino.international and RBTV | 185.53.179.146 |
| 102 | "Traffic Broadband Communications" Ltd. | Web host / hosting provider (XuperTV) | 94.26.35.15 |
| 103 | Virtual Systems LLC | Web host / hosting provider (Roja Directa) | 176.97.113.180; 176.97.122.180; 45.12.1.15 |
| 104 | ZAO Web Hosting | Web host / hosting provider (Tarjeta Roja; PirloTV; Roja Directa) | 217.112.32.12; 217.112.32.3; 217.112.36.13; 217.112.43.114 |
| 105 | Hefei Juming Network Technology Co., Ltd | Domain registrar (POP TV) | |
| 106 | HostPapa | Web host / hosting provider (Thunder TV) | 198.12.66.123; 172.67.184.159; 104.21.68.13 |
| 107 | Cloud Innovation Ltd | Web host / hosting provider  (POP TV) | 156.246.9.235 |
| 108 | New Dream Network LLC. | Web host / hosting provider (Thunder TV) | 69.163.177.242 |
| 109 | TierPoint, LLC | Web host / hosting provider (StudioMax) | 72.249.60.227 |
| 110 | CloudWall Ltd. | Web host / hosting provider (StudioMax)) | 195.230.23.195 |
| 111 | Vercel, Inc | Web host / hosting provider for telelatino-mundial.com telelatino-mundial.info | 76.76.21.21; 216.198.79.65; 216.198.79.1 64.29.17.1; 216.198.79.1; |

| | | appthundertv.com panelthundertv.com thundertv.help thundertvoficial.com.mx kaelustv.xyz and StudioMax | |
|---|---|---|---|
| 112 | Name SRS AB | Domain registrar (planestelelatino.com) | |
| 113 | Vultr / The Constant Company (US) | Web host / hosting provider for telelatinotv.net; planestelelatino.com; telelatinotv.net; telelatinomx.com | 188.114.97.1; 188.114.96.1; 137.220.60.21 |
| 114 | KnownSRV Ltd. | Web host / hosting provider for telelatinochile.com; telelatinoecuador.com; telelatinomexico.com; telelatinouruguay.com | 185.66.140.185; 188.114.96.1; 188.114.97.1 |
| 115 | SpectraIP B.V. | Web host / hosting provider for telelatinoapkz.com; telelatino.net.co telelatinoapk.org; telelatino-apk.com; telelatino1.com; telelatinoapk.download; telelatinoapks.net; telelatinoapks.pro; telelatinoapkz.com; telelatinodl.pro; telelatinosapk.com; tele-latino.com.co; tele-latinoapk.com | 45.14.224.215; 185.244.36.144; 194.110.247.191; 45.14.224.237; 188.114.97.1; 188.114.96.1; 104.21.18.110; 172.67.181.156; 104.21.66.213; 172.67.164.98 |
| 116 | PUSHPKT OU / Estoxy | Web host / hosting provider for telelatinopro.com; tele-latino-apk.net; www-telelatino.com; | 37.49.227.6; 188.114.97.1; 188.114.96.1; 117.55.202.216 |
| 117 | 1984 ehf | Web host / hosting provider for thundertvpaneldealer.com; thundertvpro.cc; thundertvweb.com; | 195.246.231.97; 104.21.82.88; 172.67.155.113; 188.114.96.1; 188.114.97.1; 188.114.96.2 |

| | | | |
|---|---|---|---|
| | | thundertv.info; thundertv.pro; sunset-tv.info; sunset-tv.site; thunderapp.com | |
| 118 | BlueVPS (BV-EU-AS, EE) | Web host / hosting provider for kaelustvpanel.com; kaelustvpluspanel.com; kaelustv.net | |
| 119 | Abelohost BV | Web host / hosting provider for codigotelelatino.app | 185.207.206.181 |
| 120 | Automattic, Inc | Web host / hosting provider for thundertvstream.com thundertvmex.mx | 192.0.78.25; 192.0.78.24 |
| 121 | Brander Group | Web host / hosting provider for telelatinotv.com.mx | 145.223.105.110 |
| 122 | Canva | Web host / hosting provider for sunsettvmx.com | 103.169.142.0 |
| 123 | Cloudi Nextgen SI | Web host / hosting provider for thundertv.app | 80.240.127.154 |
| 124 | Cyber Wurx LLC | Web host / hosting provider for gothundertv.com | 69.61.0.212 |
| 125 | IPv4 Superhub | Web host / hosting provider for sunsettv.live | 103.146.117.6; 103.148.117.5 |
| 126 | LeaseWeb Netherlands B.V. | Web host / hosting provider for thundertvpro.com | 94.75.193.71 |
| 127 | Liquid Web, L.L.C | Web host / hosting provider for iptvtelelatino.com | 72.52.184.112 |
| 128 | MYWEB LIMITED | Web host / hosting provider for telelatino-plus.xyz | 185.53.90.194 |
| 129 | Newfold Digital, Inc. | Web host / hosting provider for thundertv.click thundertv.fun thundertvsite.com | 69,163,177,242 50.6.138.165 69.6.201.161 |

| | | | |
|---|---|---|---|
| | | kaelustvplus.tv<br>thundertv.site<br>thundertv.space | |
| 130 | RIPE Network Coordination Cente | Web host / hosting provider for thundertv.mx thundertvpanel.net thundertvpanel.site kaelustvplus.net telelatino.lat+A182 telelatinocolombia.com telelatinoperu.com | |
| 131 | SEDO GmbH | Web host / hosting provider for telelatino-pro.com telelatinoapp.com telelatinoec.com tele-latino.pro thundertv.de thundertv.eu | 91.195.240.94<br>91,195,241,232 |
| 132 | Trellian Pty. Limited | Web host / hosting provider for telelatino-pro.app descargartelelatino.com telelatinohd.com | 103,224,212,202<br>103,224,182,214<br>103,224,212,216 |
| 133 | Unified Layer | Web host / hosting provider for thundertvmxoficial.com thundertvoficial.com kaelustv.plus kaelustvplus.info telelatinoprime.com telelatinotv.com thundertvgo.com | 162.241.61.124<br>162.241.62.63<br>162.241.60.173<br>162.241.2.35<br>162.241.61.3 |
| 134 | WHG Hosting Services Ltd | Web host / hosting provider for telelatinovip.com sunsettvchannel.com | 65.181.111.160; 65.181.116.15 |
| 135 | Colocatel Network | Web host / hosting provider for telelatino.com | 52.40.42.113; 44.232.173.249 |
| 136 | eSecureData (CA) | Web host / hosting provider for telelatino.page | 172.67.220.83; 104.21.94.64 |
| 137 | Private Layer INC | Web host / hosting provider for thetelelatino.info | 172.67.191.158; 104.21.76.92 |

| 138 | Podaon SIA / Zomro.com | Web host / hosting provider for thundertv.io | 188.114.96.1; 188.114.97.1 |
| 139 | APKPure (Tencent Holdings) | App store / streaming device platform for Tele Latino (https://apkpure.com/tv-latino/tv.ypeliculas25) | |
| 140 | Super Privacy Service LTD c/o Global Domain Group | Domain registrar for thunder-iptv.com | |
| 141 | Softonic International S.A. | App store / streaming device platform for Kaelus TV (https://kaelus-tv.en.softonic.com/android) | |

## VII. Associated Infringing IPTV Services

The following brands and domains are part of the same infringing network and infrastructure as the Infringing IPTV Services identified previously. XuperTV is a "white label" brand operated from the same centralized 'Magis TV' trunk infrastructure as Tele Latino and Oleada TV—sharing the same codebase, the same application update servers, and coordinated Cloudflare DNS administration. Tarjeta Roja, Pirlo TV, Roja Directa, RBTV, and Strikeout operate unauthorized live-sports streaming portals within the same ecosystem, frequently cross-referencing one another and resolving through shared Cloudflare infrastructure and overlapping registrar and hosting accounts. Each domain identified below is associated with this same network of Infringing IPTV Services.

| # | Service | Also Known As | Operators | Domains |
|---|---------|---------------|-----------|---------|
| 140 | XuperTV | XuperTV | John Does (unidentified) | xupertv.one, the-xupertv.org, xupertvv.com, xupertvdescargar.com, xupertvs.com.co, xxupertv.com.co, xupertvmagis.com, xupertvdownload.com, xupertvapk.org, xupertv.tech, xupertvapks.com.mx, xupertvapk.com.co, xupertvpro.online, xupertv.com.es, thexupertvapp.com, xupertvapp.net, xupertvs.app, thexupertvgratis.com, xupertv.cc, xupertves.org, xupertvapks.com, xupertvapps.com, xupertvapk.co, xupertvapk.com.es, xupertv.io, xupertv-apk.org, xupertvpro.co, xupertvapk.com.mx, xupertvmx.com, xupertv-apk.com, xupertvfirestick.com, xupertvpro.org, |

| | | | |
|---|---|---|---|
| | | | xupertvapks.co, txupertv.com, xupertvapk.top, xupertv.co.uk, xupertv.icu, thexupertvapk.com, xupertvsapk.co, xupertvs.org, xupertvapk.com, xupertv-download.com, xupertvar.com, xupertvcelular.com, xupertvdescargar.net, xupertvpc.com, xupertvhd.co, xupertvapp.org, xupertvapkk.co, xupertvapks.com.co, xupertvs.co, xupertvapkk.com, xupertvapk.icu, xupertv.in, xupertvcodigo.com, the-xupertv.co, xupertvapkgratis.co, xupertves.net, xupertvdescargar.org, xupertv.biz, xupertv.es, xupertvapks.org, xupertv.vip, xupertv2.com, xupertvapks.app, xupertvdescargar.com.co, xupertv.co, thexupertv.co, xupertvapk.mx, xupertvapp.com.co, xupertvmod.com, xupertvmobile.com, thexupertv.app, xupertvpro.com.co, xupertv.fun, thexupertvs.com, xupertvsapk.com, xupertvapk.download, xupertv.run, xupertvsapk.org, xupertvmagis.com.co, xupertv-es.com, xupertvi.org, xupertvpremium.com, thexupertvapps.com, thexupertv.com, xupertvgratis.com.co, xupertv.com.co, xupertvz.online, xupertv-apk.co, xupertvapp.com, the-xupertvs.com, xupertv.uk, thexupertvpro.com, xupertvpremium.com.co, xupertvapp.co, xupertvv.com.co, xupertvgratis.net, thexupertvhd.com, apkxupertv.com, xupertvandroid.com, thexupertv.com.co, the-xupertv.com.co, xupertvgratis.co, xupertv.tv, xupertv-app.com, thexupertv.org, sxupertv.com, xupertv.us, xupertvs.net, descargarxupertv.app, xupertv.store, codigoxupertv.com, xupertvoficial.net, xuper-tv.video, xuper-tv.com.co, xuper-tv-apk.com, xuper-tv-ar.com, xuper-tv.vip, xuper-tv.net.co, xuper-tv.pro |
| 141 | Tarjeta Roja | Tarjeta Roja | John Does (unidentified) | tarjetarojatvmas.com, tarjetarojas.com, tarjetarojavivo.com, tarjetarojaperu.com, tarjetarojaecuador.com, tarjetarojahd.com.co, tarjetarojatv.com.co, tarjetarojaargentina.com, tarjetaroja.su, tarjetarojahd.su, tarjetaroja.sbs, tarjetarojadirecta.es, tarjetarojatvblog.net, tarjetarojaonline.net, tarjetaroja.uy, tarjetarojaenvivo.live, tarjetarojaenvivo.pw, |

| | | | | tarjetarojatv.my, tarjetarojatvenvivo.site, tarjetaroja.com.co, tarjetarojaplus.com, tarjetaroja.cl, tarjetarojadirecta.lat, tarjetaroja.com.mx, tarjetarojaenvivo.fr, tarjetarojatvhd.es, tarjetaroja.news, tarjetaroja.com.im, tarjetaroja1.pe |
|---|---|---|---|---|
| 142 | Pirlo TV | PirloTV | John Does (unidentified) | pirlotvs.com, pirlotvhd.re, pirlotvhd.click, pirlotvhds.su, pirlotvhd.vu, pirlotv3.click, pirlotvenvivo.info, pirlotv.run, pirlotv.pro, pirlotv.lt, pirlotvhd.sbs, pirlotvhd.com.co, pirlotvenhd.site, pirlotv.cl, pirlotv.onl, pirlotv3.uno, pirlotvhd.page, pirlotv.online, pirlotv.mom, verpirlotv.online, pirlotv.top, pirlotvhd.pl, pirlotv.cv, pirlotv2.org, pirlotv.co, pirlotv1.com, pirlotvplay.pl, pirlotvhd.su, pirlotvhd.business, pirlotv.fi, pirlotv1.pl, thepirlotv.com, pirlotvoficial.com, pirlotvargentina.com, pirlotvv.su, pirlotv.se, pirlo-tv.top, pirlo-tv.news, pirlo-tv.com.mx, pirlo-tv.cloud, pirlo-tv.com |
| 143 | Roja Directa | Roja Directa | John Does (unidentified) | rojadirectatv.net, rojadirectatvde.com, rojadirecta-app.net, rojadirecta.futbol, rojadirectaeu.com, rojadirectaenvivo.top, rojadirecta-tv.pe, rojadirectahd.su, rojadirecta.lt, rojadirectatv.re, rojadirectahdtv.pl, 1rojadirecta.top, rojadirecta.page, rojadirectaonline.net, rojadirecta.com.co, rojadirecta.com.im, rojadirecta24.cfd, rojadirectatv.com.pl, rojadirectafutbol.com, rojadirecta-tv.cv, rojadirectaonline.cl, rojadirecta-tv.it, rojadirecta.best, rojadirecta.re, rojadirectaargentina.com, rojadirectafhd.pl, rojadirecta2.com, rojadirectatv.dev, rojadirectame.org, rojadirectamas.com, rojadirectaenvivo.com.co, rojadirectatv.lt, rojadirecta-tv.es, rojadirecta.plus, rojadirectahd.chat, rojadirectatvmobil.com, rojadirectahdtv.de, rojadirectahd.my, rojadirectatv.com.im, rojadirecta-it.com, rojadirecta.net.co, rojadirectaenvivoai.com, rojadirecta.cv, watchrojadirectatv.com, rojadirecta.digital, rojadirectatvmas.com, rojadirectahd.blog, rojadirectahd.me, rojadirecta.mom, rojadirectafhd.me, |

| | | | | rojadirecta.ge, rojadirectahd.com.co, rojadirecta.wtf, rojadirectaenvivo.sx, rojadirecta.quest, rojadirectahd.sale, rojadirectatv.li, rojadirectaz.top, rojadirectahd1.club, rojadirectaonlinehd.com, rojadirecta.group, rojadirecta.chat, rojadirecta.ph, rojadirectatvhd.li, rojadirecta.com.cv, rojadirecta-pro.com, rojadirecta.surf, rojadirecta-tv.org, rojadirectahd.vip, rojadirectatve.com, rojadirectatvhd.pl, rojadirectaa.su, rojadirecta.com.es, rojadirectahd.one, rojadirectatv2.com, rojadirectahd.lat, rojadirectastv.org, rojadirectatv.org, rojadirectaplus.net |
|---|---|---|---|---|
| 144 | RBTV | RBTV | John Does (unidentified) | rbtvplusapk.com |
| 145 | Strikeout | Strikeout | John Does (unidentified) | strikeout.im |
| 146 | StudioMax | StudioMax | John Does (unidentified) | stadiomaxtv.com; stadiomax-app.com; stadiomax.tv; stadiomaxapp.com; stadiomax.mx; stadiomaxmx.com |

SCHEDULE A.1 TO PRELIMINARY INJUNCTION — CLOUDFLARE, INC.

CASE NO. 26-cv-23911

*TELEVISAUNIVISION, INC. and TELEVISA, S. de R.L. de C.V. v. LUIS FERMÍN GIL ALPHAND, et al.*

---

## PRELIMINARY STATEMENT

The term "Cloudflare" as used in this Schedule A.1 to the Preliminary Injunction Order refers to Cloudflare, Inc., 101 Townsend Street, San Francisco, CA 94107 and its parents, subsidiaries, and affiliates.

Cloudflare provides CDN caching, reverse proxy, and authoritative DNS services to the domains listed below, all of which are associated with the Infringing IPTV Services identified in the Court's Temporary Restraining Order entered on June 5, 2026. Cloudflare's reverse proxy conceals the origin server IP addresses from Plaintiffs, preventing identification of the upstream streaming infrastructure. Disclosure of the origin server IPs behind Cloudflare's proxy is necessary for Plaintiffs to identify and disable the servers distributing pirated content.

## PART I — DOMAINS SUBJECT TO THIS ORDER

The following domains resolve through Cloudflare's network or use Cloudflare nameservers. Each is associated with an identified Infringing IPTV Service.

### (a) Thunder TV Domains:

| Domain | Cloudflare IP Address(es) | Cloudflare Nameservers |
|---|---|---|
| thundertv.info | 104.21.82.88; 172.67.155.113 | val.ns.cloudflare.com rudy.ns.cloudflare.com |
| thundertv.io | 188.114.96.1; 188.114.97.1 | burt.ns.cloudflare.com; nancy.ns.cloudflare.com |
| thundertv.pro | 188.114.96.1; 188.114.97.1 | rudy.ns.cloudflare.com; val.ns.cloudflare.com |
| thundertv.shop | 104.21.27.44; 172.67.168.230 | ines.ns.cloudflare.com justin.ns.cloudflare.com |
| thundertv.store | 188.114.97.1; 188.114.96.1 | art.ns.cloudflare.com; heather.ns.cloudflare.com |
| thundertv.cc | 188.114.96.1; 188.114.97.1 | fonzie.ns.cloudflare.com; celine.ns.cloudflare.com |

Sch. A - 18

| thundertv.live | 104.21.87.11; 172.67.139.34 | lochlan.ns.cloudflare.com nancy.ns.cloudflare.com |
|---|---|---|
| thundertv.one | 104.21.12.68; 172.67.193.186 | celine.ns.cloudflare.com; fonzie.ns.cloudflare.com |
| thundertv.tv | 172.67.185.51; 104.21.36.46 | major.ns.cloudflare.com; ulla.ns.cloudflare.com |
| thundertvapp.com | 188.114.97.1; 188.114.96.1 | rudy.ns.cloudflare.com; val.ns.cloudflare.com |
| thundertvpanel.com | 104.21.14.123; 172.67.203.89 | rudy.ns.cloudflare.com; val.ns.cloudflare.com |
| thunder-tv.co | 188.114.97.1; 188.114.96.1 | cartman.ns.cloudflare.com; melinda.ns.cloudflare.com |
| thunder-tv.cc | 104.21.65.3; 172.67.138.173 | melinda.ns.cloudflare.com; cartman.ns.cloudflare.com |
| thunder-tv.one | 188.114.96.1; 188.114.97.1 | melinda.ns.cloudflare.com; cartman.ns.cloudflare.com |
| panelthunder-tv.com | 188.114.97.1; 188.114.96.1 | reese.ns.cloudflare.com; kayleigh.ns.cloudflare.com |

**(b) Tele Latino Domains:**

| Domain | Cloudflare IP Address(es) | Cloudflare Nameservers |
|---|---|---|
| tele-latino.net | 104.21.2.194; 172.67.129.150 | harleigh.ns.cloudflare.com; gannon.ns.cloudflare.com |
| tele-latino.app | 104.21.15.42; 172.67.161.136 | cass.ns.cloudflare.com; matt.ns.cloudflare.com |
| tele-latino.tv | 172.67.167.129; 104.21.83.32 | elma.ns.cloudflare.com; dakota.ns.cloudflare.com |
| tele-latino.page | 104.21.95.10; 172.67.142.125 | gannon.ns.cloudflare.com; harleigh.ns.cloudflare.com |
| tele-latino.top | 172.67.165.17; 104.21.11.23 | gannon.ns.cloudflare.com; harleigh.ns.cloudflare.com |
| tele-latino.com.co | 188.114.97.1; 188.114.96.1 | bradley.ns.cloudflare.com; poppy.ns.cloudflare.com |
| tele-latino.uno | 172.67.147.165; 104.21.47.125 | gannon.ns.cloudflare.com; harleigh.ns.cloudflare.com |
| tele-latinoapk.com | 188.114.96.1; 188.114.97.1 | adelaide.ns.cloudflare.com; howard.ns.cloudflare.com |
| tele-latino-apk.net | 188.114.97.1; 188.114.96.1 | ray.ns.cloudflare.com; yolanda.ns.cloudflare.com |
| tele-latino-apk.org | 188.114.97.1; 188.114.96.1 | lamar.ns.cloudflare.com; lindsey.ns.cloudflare.com |

| | | |
|---|---|---|
| tele-latinoto.io | 104.21.69.186;<br>172.67.212.47 | dakota.ns.cloudflare.com;<br>elma.ns.cloudflare.com |
| telelatino.one | 172.67.184.159;<br>104.21.68.13 | sreeni.ns.cloudflare.com;<br>jose.ns.cloudflare.com |
| telelatinoapks.pro | 188.114.97.1;<br>188.114.96.1 | rommy.ns.cloudflare.com;<br>naya.ns.cloudflare.com |
| telelatinoapks.com | 188.114.96.1;<br>188.114.97.1 | tom.ns.cloudflare.com;<br>olga.ns.cloudflare.com |
| thetelelatino.com | 188.114.96.1;<br>188.114.97.1 | ollie.ns.cloudflare.com;<br>sergi.ns.cloudflare.com |
| telelatino.com.co | 104.21.78.107;<br>172.67.220.96 | — |
| telelatino-vip.com | 188.114.97.1;<br>188.114.96.1 | cass.ns.cloudflare.com;<br>matt.ns.cloudflare.com |
| tele-latino.com | 104.18.13.32;<br>104.18.12.32 | nikon.ns.cloudflare.com;<br>rafe.ns.cloudflare.com |

**(c) Kaelus TV Domains:**

| Domain | Cloudflare IP Address(es) | Cloudflare Nameservers |
|---|---|---|
| kaelustv.app | 188.114.97.1;<br>188.114.96.1 | sue.ns.cloudflare.com;<br>jim.ns.cloudflare.com |
| kaelustv.net | 172.67.166.223;<br>104.21.34.252 | rudy.ns.cloudflare.com;<br>val.ns.cloudflare.com |
| kaelustv.org | 188.114.96.1;<br>188.114.97.1 | courtney.ns.cloudflare.com;<br>ian.ns.cloudflare.com |
| kaelustv.tv | 188.114.97.1;<br>188.114.96.1 | amber.ns.cloudflare.com;<br>johnathan.ns.cloudflare.com |
| kaelustvpanel.com | 188.114.97.1;<br>188.114.96.1 | rudy.ns.cloudflare.com;<br>val.ns.cloudflare.com |
| kaelustvpluspanel.com | 188.114.96.1;<br>188.114.97.1 | rudy.ns.cloudflare.com;<br>val.ns.cloudflare.com |
| kaelustvplus.com | — | RUDY.NS.CLOUDFLARE.COM<br>VAL.NS.CLOUDFLARE.COM |

**(d) Sunset TV / Pop TV Domains:**

| Domain | Cloudflare IP Address(es) | Cloudflare Nameservers |
|---|---|---|
| sunsettv.tv | 172.67.170.129; 104.21.87.181 | ulla.ns.cloudflare.com;<br>major.ns.cloudflare.com |

Sch. A - 20

| sunset-tv.info | 188.114.96.1; 188.114.97.1 | val.ns.cloudflare.com; rudy.ns.cloudflare.com |
|---|---|---|
| sunset-tv.site | 188.114.96.2 | val.ns.cloudflare.com; rudy.ns.cloudflare.com |
| sunsettv.online | 188.114.96.1; 188.114.97.1 | iris.ns.cloudflare.com; leonidas.ns.cloudflare.com |
| cracklepoptv.com | 172.66.42.212; 172.66.41.44 | ivy.ns.cloudflare.com; carl.ns.cloudflare.com |
| poptvone.com | 172.67.217.167; 104.21.62.8 | elmo.ns.cloudflare.com; iris.ns.cloudflare.com |
| poptvbox.com | **Registry Domain ID: 2099018373_DOMAIN_COM-VRSN** | theo.ns.cloudflare.com; gwen.ns.cloudflare.com |

**(e) Backend Infrastructure Domains (Concealed via Cloudflare Proxy):**

These domains do not serve end-user-facing websites. They are the operational backbone of the Infringing IPTV Services' streaming pipeline—app updates, stream assignment, content authorization, and reseller management.  Each is hidden behind Cloudflare's reverse proxy specifically to prevent Plaintiffs from identifying the upstream servers.  Disabling these domains and revealing their origin IPs will expose the core infrastructure powering all Infringing IPTV Service brands simultaneously.

| Domain | Function | Cloudflare NS Pair | Relationship to Infringing Network |
|---|---|---|---|
| magispro.com | APK update distribution server | stanley.ns.cloudflare.com; veronica.ns.cloudflare.com | The Tele Latino app's forced-update mechanism downloads new APK versions from http://mekdw.magispro.com. This is the central update server for the Magis TV trunk network that powers Tele Latino, Oleada TV, and Xuper TV. |
| brasilhomes.life | Fallback APK update server | stanley.ns.cloudflare.com; veronica.ns.cloudflare.com | Shares the identical Cloudflare NS pair as magispro.com (confirming same account). Serves as fallback URL (http://mekdw.brasilhom |

| | | | es.life) if magispro.com is taken down. |
|---|---|---|---|
| yxponte.com | WebSocket load balancer | BOWEN.NS.CLOUDFLARE. COM ELISABETH.NS.CLOUDFLA RE.COM | When a user selects a channel, the app opens a WebSocket connection to this domain, which assigns the user to the optimal bare-metal streaming server. It is the live-stream traffic director for all brands. |
| ymixtwbal.co m | EPG / channel catalog server | MARIO.NS.CLOUDFLARE.C OM ROMINA.NS.CLOUDFLARE. COM | The app downloads its TV guide (Electronic Program Guide) from this domain. Without it, users cannot browse or select channels. |
| hbkegaxfo.c om | VOD authorizatio n server | ALEXIA.NS.CLOUDFLARE.C OM DARWIN.NS.CLOUDFLARE. COM | Validates subscriber credentials before granting access to video-on-demand content. Hosted on AWS (IP range 100.24.0.0/13) but shielded by Cloudflare's proxy. |
| lttvdes.fyi | APK download landing page | darwin.ns.cloudflare.com aspen.ns.cloudflare.com | Default download page used to distribute the pirate APK file to new subscribers. |
| panel-latinovip.com | Reseller/ad min panel (Tele Latino) | NIKON.NS.CLOUDFLARE.C OM RAFE.NS.CLOUDFLARE.CO M | Web-based dashboard at web.panel-latinovip.com where resellers manage subscriber accounts and activate subscriptions for Tele Latino. |
| webservicios .org | Reseller/ad min panel (Oleada TV) | nikon.ns.cloudflare.com rafe.ns.cloudflare.com | Equivalent admin panel at panel-web.webservicios.org for the Oleada TV brand. Updated within the same 24-hour maintenance window as |

| Domain | Type | Nameservers | Notes |
|---|---|---|---|
| | | | panel-latinovip.com and magispro.com (April 7–8, 2026), confirming centralized administration. |
| pneydn.com | VOD streaming CDN node | BOWEN.NS.CLOUDFLARE.COM ELISABETH.NS.CLOUDFLARE.COM | Delivers video-on-demand content via CDN77 infrastructure (IP range 154.47.31.0/24), proxied through Cloudflare. |
| 967sd1f.homes | VOD fallback domain | alexia.ns.cloudflare.com darwin.ns.cloudflare.com | Algorithmically generated domain serving as fallback for video-on-demand delivery. |

Oleada TV and Xuper TV are "white label" brands operated from the same centralized infrastructure as Tele Latino. They share the same codebase (reskinned from "Brasil TV"), the same Magis TV update servers, the same admin panels, and coordinated Cloudflare DNS maintenance windows.

| Domain | Cloudflare IP Address(es) | Cloudflare Nameservers | Brand |
|---|---|---|---|
| oleadatv.net | — | — | Oleada TV |
| oleadatv.best | — | GANNON.NS.CLOUDFLARE.COM HARLEIGH.NS.CLOUDFLARE.COM | Oleada TV |
| xuper-tv.com | — | DAKOTA.NS.CLOUDFLARE.COM ELMA.NS.CLOUDFLARE.COM | Xuper TV |
| xupertv.mobi | — | jose.ns.cloudflare.com sreeni.ns.cloudflare.com | Xuper TV |
| tele-latino.online | — | bonnie.ns.cloudflare.com neil.ns.cloudflare.com | Tele Latino (operational cluster) |

**(f) Additional Tele Latino Consumer-Facing / Distribution Domains:**

The following additional domains are confirmed as resolving through Cloudflare's network. They serve as distribution, marketing, and regional access points for the Tele

Latino service, funneling subscribers to the same backend infrastructure identified in Paragraph 1(e).

| Domain | Cloudflare IP Address(es) | Cloudflare Nameservers |
|---|---|---|
| apktelelatino.com | 104.21.95.177; 172.67.170.244 | elaine.ns.cloudflare.com; junade.ns.cloudflare.com |
| comprartelelatino.com | 188.114.97.1; 188.114.96.1 | meadow.ns.cloudflare.com; rex.ns.cloudflare.com |
| comprartelelatino.org | 188.114.96.1; 188.114.97.1 | darl.ns.cloudflare.com; malavika.ns.cloudflare.com |
| planestelelatino.com | 188.114.96.1; 188.114.97.1 | meadow.ns.cloudflare.com; rex.ns.cloudflare.com |
| telelatino-apk.com | 188.114.96.1; 188.114.97.1 | liv.ns.cloudflare.com; rajeev.ns.cloudflare.com |
| telelatino-apk.net | 104.21.39.213; 172.67.148.228 | ullis.ns.cloudflare.com; marty.ns.cloudflare.com |
| telelatino-apk.org | 188.114.97.1; 188.114.96.1 | guy.ns.cloudflare.com; dina.ns.cloudflare.com |
| telelatino.cc | 188.114.97.1; 188.114.96.1 | mira.ns.cloudflare.com; cris.ns.cloudflare.com |
| telelatinoapk.com.co | 104.21.92.4; 172.67.183.113 | lindsey.ns.cloudflare.com; terin.ns.cloudflare.com |
| telelatinoapk.download | 188.114.96.1; 188.114.97.1 | jimmy.ns.cloudflare.com; saanvi.ns.cloudflare.com |
| telelatinoapkk.com | 172.67.218.8; 104.21.38.22 | aspen.ns.cloudflare.com; vicky.ns.cloudflare.com |
| telelatinoapks.net | 188.114.97.1; 188.114.96.1 | sydney.ns.cloudflare.com; eugene.ns.cloudflare.com |
| telelatinoapks.org | 188.114.97.1; 188.114.96.1 | damian.ns.cloudflare.com; selah.ns.cloudflare.com |
| telelatinoapkz.com | 104.21.18.110; 172.67.181.156 | viddy.ns.cloudflare.com; emily.ns.cloudflare.com |
| telelatinoapp.one | 188.114.96.1; 188.114.97.1 | lynn.ns.cloudflare.com; harlee.ns.cloudflare.com |
| telelatinoapp.org | 188.114.97.1; 188.114.96.1 | boyd.ns.cloudflare.com; irma.ns.cloudflare.com |
| telelatinoappk.com | 188.114.96.1; 188.114.97.1 | dax.ns.cloudflare.com; megan.ns.cloudflare.com |
| telelatinoapps.com | 188.114.97.1; 188.114.96.1 | ned.ns.cloudflare.com; simone.ns.cloudflare.com |
| telelatinochile.com | 188.114.96.1; 188.114.97.1 | dorthy.ns.cloudflare.com; jermaine.ns.cloudflare.com |

| | | |
|---|---|---|
| telelatinochileiptv.com | 188.114.96.1;<br>188.114.97.1 | carol.ns.cloudflare.com;<br>hans.ns.cloudflare.com |
| telelatinodl.pro | 188.114.97.1;<br>188.114.96.1 | bruce.ns.cloudflare.com;<br>roxy.ns.cloudflare.com |
| telelatinodownload.com | 172.67.168.52;<br>104.21.26.3 | carlane.ns.cloudflare.com;<br>roman.ns.cloudflare.com |
| telelatinosapk.com | 104.21.66.213;<br>172.67.164.98 | keaton.ns.cloudflare.com;<br>sydney.ns.cloudflare.com |
| telelatinotv.net | 188.114.97.1;<br>188.114.96.1 | martha.ns.cloudflare.com;<br>alexis.ns.cloudflare.com |
| thetelelatino.info | 172.67.191.158;<br>104.21.76.92 | norman.ns.cloudflare.com;<br>magali.ns.cloudflare.com |
| thetelelatinoapk.com | 104.21.60.168;<br>172.67.198.108 | colette.ns.cloudflare.com;<br>grant.ns.cloudflare.com |
| telelatino-apk.app | 104.21.35.157;<br>172.67.177.5 | bayan.ns.cloudflare.com;<br>mira.ns.cloudflare.com |
| telelatino-max.com | 188.114.97.1;<br>188.114.96.1 | patryk.ns.cloudflare.com;<br>cortney.ns.cloudflare.com |
| telelatino.com.mx | 104.21.36.156;<br>172.67.196.121 | meg.ns.cloudflare.com;<br>aaden.ns.cloudflare.com |
| telelatino.dev | — | gannon.ns.cloudflare.com;<br>harleigh.ns.cloudflare.com |
| telelatino.io | 188.114.96.1;<br>188.114.97.1 | olga.ns.cloudflare.com;<br>porter.ns.cloudflare.com |
| telelatino.link | 172.67.154.5;<br>104.21.13.4 | cortney.ns.cloudflare.com;<br>patryk.ns.cloudflare.com |
| telelatino.pro | — | wanda.ns.cloudflare.com;<br>trey.ns.cloudflare.com |
| telelatinoap.com | 104.21.92.245;<br>172.67.200.251 | brad.ns.cloudflare.com;<br>magali.ns.cloudflare.com |
| telelatinoapk.us | 104.21.67.157;<br>172.67.177.242 | paris.ns.cloudflare.com;<br>marek.ns.cloudflare.com |
| telelatinoargentina.com | 172.67.132.7;<br>104.21.4.114 | cosmin.ns.cloudflare.com;<br>jen.ns.cloudflare.com |
| telelatinobolivia.com | 188.114.96.1;<br>188.114.97.1 | dorthy.ns.cloudflare.com;<br>jermaine.ns.cloudflare.com |
| telelatinoecuador.com | 188.114.96.1;<br>188.114.97.1 | DORTHY.NS.CLOUDFLARE.COM<br>JERMAINE.NS.CLOUDFLARE.COM |
| telelatinomax.shop | 188.114.96.1;<br>188.114.97.1 | dan.ns.cloudflare.com;<br>kiki.ns.cloudflare.com |
| telelatinoo.com.co | 188.114.96.1;<br>188.114.97.1 | quincy.ns.cloudflare.com;<br>demi.ns.cloudflare.com |

| telelatinosapp.com | 104.21.54.215; 172.67.142.215 | milan.ns.cloudflare.com; ligia.ns.cloudflare.com |
|---|---|---|
| telelatinoshop.com | 172.67.178.175; 104.21.31.169 | cortney.ns.cloudflare.com; patryk.ns.cloudflare.com |
| telelatinouruguay.com | 188.114.97.1; 188.114.96.1 | cosmin.ns.cloudflare.com; jen.ns.cloudflare.com |
| tvtelelatino.com | 188.114.97.1; 188.114.96.1 | ADAM.NS.CLOUDFLARE.COM DANICA.NS.CLOUDFLARE.COM |
| telelatino.page | 172.67.220.83; 104.21.94.64 | harleigh.ns.cloudflare.com; gannon.ns.cloudflare.com |
| telelatino1.com | 188.114.96.1; 188.114.97.1 | kimora.ns.cloudflare.com; brian.ns.cloudflare.com |
| tele-latinoto.info | — | elma.ns.cloudflare.com dakota.ns.cloudflare.com |

**(g) Tarjeta Roja TV Domains (Live Sports Piracy — Same Network):**

These domains operate unauthorized live sports streaming portals under the "Tarjeta Roja" brand, providing free access to TU's exclusive FIFA World Cup 2026 broadcasts and other copyrighted sports programming. They are part of the same infringing ecosystem, frequently cross-referencing Pirlo TV and Roja Directa. Each resolves through Cloudflare's infrastructure.

| Domain | Cloudflare IP Address(es) | Cloudflare Nameservers |
|---|---|---|
| tarjetarojatv.com.co | 217.156.8.54 | cartman.ns.cloudflare.com; dee.ns.cloudflare.com |
| tarjetarojaenvivo.live | 104.21.40.83; 172.67.182.146 | sneh.ns.cloudflare.com; john.ns.cloudflare.com |
| tarjetarojatv.my | 104.21.46.62; 172.67.168.33 | jermaine.ns.cloudflare.com; anastasia.ns.cloudflare.com |
| tarjetaroja.com.im | 172.67.202.213; 104.21.69.22 | carl.ns.cloudflare.com; dahlia.ns.cloudflare.com |
| tarjetarojatvblog.net | 217.112.32.3 | art.ns.cloudflare.com; ivy.ns.cloudflare.com |

**(h) Pirlo TV Domains (Live Sports Piracy — Same Network):**

These domains operate under the "Pirlo TV" brand, providing unauthorized live streaming of TU's copyrighted sports content including 2026 FIFA World Cup matches. Their HTML content explicitly references "Copa Mundial FIFA 2026" and "Futbol En Vivo." Each resolves through Cloudflare.

| Domain | Cloudflare IP Address(es) | Cloudflare Nameservers |
|---|---|---|
| pirlotv3.click | 188.114.96.1; 188.114.97.1 | lia.ns.cloudflare.com; john.ns.cloudflare.com |
| pirlotv.run | 104.21.61.62; 172.67.206.188 | scott.ns.cloudflare.com; peaches.ns.cloudflare.com |
| pirlotv.onl | 217.112.36.13 | carter.ns.cloudflare.com; zelda.ns.cloudflare.com |
| pirlotv3.uno | 195.20.18.67 | sofia.ns.cloudflare.com; dion.ns.cloudflare.com |
| pirlotvhd.page | 172.67.171.147; 104.21.79.223 | deborah.ns.cloudflare.com; nile.ns.cloudflare.com |
| pirlotv1.com | 188.114.96.1; 188.114.97.1 | alexis.ns.cloudflare.com; isla.ns.cloudflare.com |
| pirlotvplay.pl | 217.112.36.13 | lila.ns.cloudflare.com; jim.ns.cloudflare.com |
| pirlo-tv.top | 188.114.97.1; 188.114.96.1 | sneh.ns.cloudflare.com; john.ns.cloudflare.com |

**(i) Roja Directa Domains (Live Sports Piracy — Same Network):**

These domains operate under the "Roja Directa" / "Rojadirecta" brand, cross-promoting Tarjeta Roja TV and Pirlo TV content. They provide unauthorized access to live sports broadcasts including TU's exclusive programming.

| Domain | Cloudflare IP Address(es) | Cloudflare Nameservers |
|---|---|---|
| 1rojadirecta.top | 104.21.7.195; 172.67.187.253 | john.ns.cloudflare.com; sneh.ns.cloudflare.com |
| rojadirectatv.li | 188.114.97.1; 188.114.96.1 | jay.ns.cloudflare.com; kay.ns.cloudflare.com |

---

## PART II — INFORMATION CLOUDFLARE MUST PRODUCE

**1. Origin Server IP Addresses.** For each domain listed in Part I of this Schedule A.1, Cloudflare shall produce the origin server IP address(es) currently configured behind its reverse proxy (i.e., the "A" or "AAAA" record in the zone file). This is a single data field per domain already stored in Cloudflare's systems.

**2. Account Holder Information.** For each Cloudflare account administering any domain listed in Part I of this Schedule A.1, Cloudflare shall produce the account holder's name, email address, and the payment method on file (last-four digits and billing name).

**3. DNS Records.** For each domain listed in Part I of this Schedule A.1, Cloudflare shall produce the A, AAAA, and CNAME records in the zone file.

**4. Coordinated Account Identification.** For each account identified under Part II, Paragraph 2 of this Schedule A.1, Cloudflare shall state whether any other account in its system uses the same email address or billing name. If so, Cloudflare shall identify those accounts and produce the records described in Paragraphs 9 and 10 for each.

**5. Limited Log Data.** For the Backend Infrastructure Domains listed in Part I(e) only, Cloudflare shall produce any HTTP request logs it retains in the ordinary course of business for the fourteen (14) days preceding this Order (timestamps and source IPs only). If no such logs are retained, Cloudflare shall so state.

## PART III — ACTIONS CLOUDFLARE MUST TAKE

**6. Disable Services.** Cloudflare shall disable CDN, reverse proxy, and authoritative DNS services for every domain listed in Part I of this of this Schedule A.1. "Disable" means: remove the domain from Cloudflare's proxy and DNS infrastructure such that DNS queries to Cloudflare's nameservers for those domains return NXDOMAIN or SERVFAIL, and HTTP/HTTPS requests routed through Cloudflare's IP space for those domains receive no response.

**7. Block Re-Registration.** Cloudflare shall reject any attempt to re-add any domain listed in Part I to any Cloudflare account for the duration of this Preliminary Injunction.

**8. Preservation.** Cloudflare shall preserve all records responsive to Part II, Paragraphs 1–5 for a period of two (2) years from the date of this Order, including records that may otherwise be deleted pursuant to Cloudflare's standard data-retention policies.

## PART IV — COMPLIANCE TIMELINE AND PROCEDURE

**9. Deadline for Information Production (Paragraphs 8–12).** Cloudflare shall produce all information required by Part II, Paragraphs 1 through 5 within five (5) business days of service of this Order.

**10. Deadline for Service Termination (Paragraph 13).** Cloudflare shall complete the disabling required by Paragraph 6 within twenty-four (24) hours of service of this Order.

**11. Compliance Declaration.** Within seven (7) calendar days of service of this Order, Cloudflare shall serve on Plaintiffs' counsel and file with the Court (under seal) a sworn declaration confirming: (a) the date and time each domain was disabled; (b) the origin server IPs produced per Paragraph 8; (c) the number of accounts identified under Paragraphs 2 and 4; and (d) any specific item for which compliance is technically impossible, with an explanation of why.

**12. Supplementation.** Plaintiffs may supplement the domain list in Part I by filing a verified declaration identifying additional domains resolving through Cloudflare's infrastructure that are used in connection with the Infringing IPTV Services. Supplementation takes effect upon filing and service on Cloudflare.  Cloudflare shall comply with Paragraphs 1–6 as to supplemental domains within five (5) business days of service.

---

## PART V — SCOPE LIMITATIONS

**13.** This Order requires Cloudflare to produce only data already in its possession as a result of its ordinary provision of CDN, DNS, and proxy services.  No independent investigation or forensic analysis is required.

**14.** This Order is limited to the specific domains, accounts, and records identified herein. It does not require Cloudflare to monitor, filter, or block content on any domain not listed.

**15.** This Order does not require Cloudflare to terminate service to any customer not identified in Part I or linked to an identified account under Paragraph 4.

**16.** Compliance with this Order does not constitute an admission of liability or waiver of any defense by Cloudflare.

Sch. A - 29